# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**KERRI DRENNAN**                                                                                  **PLAINTIFF**

vs.                                                                       **CIVIL ACTION NO. 3:07cv357-HTW-LRA**

**MICHAEL C. MOLLESTON,** *et al.*                                                              **DEFENDANTS**

## ORDER TRANSFERRING VENUE

The Court has considered the Motion to Transfer for Improper Venue [Doc. 6] and finds there is no objection thereto.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Clerk of the Court transfer the above styled and numbered cause to the Hattiesburg Division of the Southern District of this Court.

SO ORDERED, this the 30th day of July, 2007.

                                          *s/Linda R. Anderson*
                                    UNITED STATES MAGISTRATE JUDGE